JLM   D.C.

ELECTRONIC

**August 26, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

(Rev. 10/2002) Complaint

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _____

# 09-CV-22512-KING/BANDSTRA

Vivian Barcelo

_____

Plaintiff(s)

v.

Alkapattah Community Action

_____

_____

Defendant(s)

## COMPLAINT

I, Vivian Barcelo _____ plaintiff, in the above styled cause, sues

defendant(s); Allapattah– Community Action _____ .

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution*
*this action is being filed )*

This action is filed under: Descremination ; Medical Desability.
National Origen ; Harrasement.
They left me out of work with no Insurance or pay
after 9 years . 12 peoples left because of this too.

Please see copy of my Chronology enclosed
Thank you so much and God Bless you !

Vivian Barcelo

(Rev. 10/2002) Complaint

*(Statement of Facts)*

(Rev. 10/2002) Complaint

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed this _____ day of _____ , 20 _____ .

*Vivian Barcelo*
Printed or typed name of Filer

Signature of Filer

_____
Florida Bar Number

*305- 265-9333*
Phone Number

*7771 NW 7 ST # 315*
Street Address

*Miami- Fla 33136*
City, State, Zip Code

_____
E-mail address

_____
Facsimile Number

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

EEOC Form 161-A (3/98)

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

To:   Vivian Barcelo
      7771 Nw 7 Street Apt 315
      Miami, FL 33126

From:   **Miami District Office**
        **2 South Biscayne Blvd**
        **Suite 2700**
        **Miami, FL 33131**

☐   *On behalf of person(s) aggrieved whose identity is*
    *CONFIDENTIAL (29 CFR §1601.7(a))*

Telephone No.

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2007-05677 | **Omayra  Rodriguez,**<br>**Investigator** | **(305) 808-1770** |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge.  The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you.  In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case.  This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

## - NOTICE OF SUIT RIGHTS -
### (See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

MAY 2 7 2009

Jacqueline  McNair,
District Director

Enclosures(s)

*(Date Mailed)*

cc:   **Charging Party Representative**
      H. Clay Roberts
      Roberts & Durkee
      121 Alhambra Plaza, Suite 1603
      Coral Gables, FL 33134

**Respondent Representative**
Kathleen M. Phillips
Phillips and Richard, P.A.
9360 SW 72nd Street, Suite 283
Miami, FL 33173

MIAMI DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
ONE BISCAYNE TOWER, SUITE 2700
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

7008 2810 0000 5253 9811

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7008 2810 0000 5253 9811

UNITED STATES POSTAGE

$ 03.12⁰

02 1A
0004601477
MAILED FROM ZIP CODE 33131

MAY 28 2009

③

33126384004 CO46

EEOC Form 212-A (3/98)

## U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| TO:  **Florida Commission On Human Relations**<br>**2009 Apalachee Parkway**<br>**Suite 100**<br>**Tallahassee, FL 32301** | Date   **November 28, 2007**<br>EEOC Charge No.<br>     **510-2007-05677**<br><br>FEPA Charge No. |

CHARGE TRANSMITTAL

SUBJECT:

| **Vivian Barcelo** | v. | **ALLAPATTAH COMMUNITY ACTION** |
|---|---|---|
| *Charging Party* | | *Respondent* |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC   ☐ _____ on  **Nov 20, 2007**

*Name of FEPA*    *Date of Receipt*

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver          ☐ FEPA waives          FOR DUAL FILING

☐ No waiver requested          ☐ FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge
and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

| Typed Name of EEOC or FEPA Official<br>     **Federico  Costales** | Signature/Initials |
|---|---|

| **Vivian Barcelo** | v. | **ALLAPATTAH COMMUNITY ACTION** |
|---|---|---|
| *Charging Party* | | *Respondent* |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name of EEOC or FEPA Official<br>     **Derick E. Daniel** | Signature/Initials |
|---|---|

| | |
|---|---|
| TO:  **Miami District Office**<br>**2 South Biscayne Blvd**<br>**Suite 2700**<br>**Miami, FL 33131** | Date     **November 28, 2007**<br>EEOC Charge No.<br>     **510-2007-05677**<br>FEPA Charge No. |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Miami District Office

One Biscayne Tower
2 South Biscayne Blvd., Suite 2700
Miami, FL 33131
Miami Status Line: (866) 408-8075
Miami Direct Dial: (305) 808-1740 ⌐ 1704
TTY (305) 808-1742
FAX (305) 808-1855

Ms. Vivian Barcelo
7771 N.W. 7th Street
Apt. # 315
Miami, FL 33126

     Re:    Charging Party: Vivian Barcelo
              Respondent: Allapattah Community Action, Inc.
              EEOC #: 510-2007-05677

Dear Ms. Barcelo:

The Equal Employment Opportunity Commission (EEOC) has determined that efforts to conciliate the charge referenced above as required by Title VII of the Civil Rights Act of 1964, as amended, have been unsuccessful. This letter is the notice required by Section 1601.25 of the Commission's Regulations, which provides that the Commission shall notify the parties in writing when it determines that further conciliation efforts would be futile or non-productive.

Please be advised that this case will be referred to the Legal Unit for litigation consideration. Should litigation not be recommended, Charging Party will be issued a Notice of Right to Sue.

                                On Behalf of the Commission

MAR 3 1 2009

_____

Date

                                  Jacqueline H. McNair
                                  District Director

Charging Party's Representative
H. Clay Roberts
Roberts & Durkee
121 Alhambra Plaza, Suite 1603
Coral Gables, FL 33134

Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 510-2007-05677 |

Florida Commission On Human Relations and EEOC

*State or local Agency, if any*

| (indicate Mr., Ms., Mrs.) **Vivian Barcelo** | Home Phone (Incl. Area Code) **(305) 265-9333** | Date of Birth **10-03-1946** |
|---|---|---|

Address City, State and ZIP Code

1 Nw 7 Street Apt 315, Miami, FL 33126

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **ALAPATTAH COMMUNITY ACTION** | **Unknown** | **(305) 633-0466** |

Address City, State and ZIP Code

7 N W N. River Drive, Miami, FL 33125

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Address City, State and ZIP Code

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN | Earliest **09-15-2005** Latest **03-23-2007** |
| ☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER *(Specify below.)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a qualified individual with a disability and my national origin is Cuban. The Respondent refused to provide me with a reasonable accommodation. As a result, my employment was terminated on March 23, 2007. In addition while I was employed with Respondent I suffered a hostile work environment because of my national origin Cuban. I was employed for over nine years in the position Assistant Teacher.

Respondent knew that I was ill and was unable to return to work. My doctor would update Respondent monthly. I have copies of all the faxes. Respondent stated that they did not know if I was going to be returning to work. I also provided Respondent with my new address when I suffered a fire and lost my first home in October of 2006. Respondent states were not aware of my new address. My mother volunteered with Respondent for over 30 years. They saw my mother daily and if they were not aware of my address they could have asked her. They waited until the month after receiving a notification from my doctor to ask my mother for my new address. In addition Perla Almodovar, Director (Ecuador), would say things to all of us like "You gossiping Cubans, you filthy fat Cuban, you like Monica Lewisnski" I complained along with my co-workers to Miriam Urra, Executive Director, but nothing was done.

The Respondent discriminated against me in violation of Title I of the Americans with Disabilities Act and in violation of Title VII of the 1964 Civil Rights Act, as amended.

| | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| V. B | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

8 of 49  Nov 20, 2007 _Vivian Barcelo_

FROM :Royal_Palms                    FAX NO. :305-823-9994            Apr. 06 2009 05:07PM  P2

OF 6

1 of 8

# Chronology

In 1985 I worked with Orlando Urra Director of Allapattah Community action Elderly Program Center for two years as program assistant, executive secretary, social worker, Orlando Urra was my Director husband, Miriam Urra ex husband; He was deceased in 1995. Mr Urra funded Allapattah child care of his own, and had 4 classrooms an Head Start program. child care was owner by them and Head Start an affilated program; Since 1985 my mother was a volunteer for the elderly center: I was always a friend, after I left for a better Job in 1987. (letter of recommendation from Mr. Urra endorsed)

In Dec. 1998 I went to pick up my mother at the Elderly center and Mrs Miriam Urra came to greet me, then she offers me a Job in the "Head Start classrooms affilated that she had. She told me I was the person that she will need over there. I had my papers in order, Child Development Papers and I was a nurse + mental health Technician too. besides knowing my background as a worker she say she needed me there. She also promess me I will be earning more than $25,000. before a year. I accepted her Job and starting working as an assistant teacher. I enclosed letter to start working enter from Head start as a teacher, I was never giving the opportunity; her assistant Mrs Perla Almodovar will no let me advance on my Job.

At this time that I started to work at the place I observed that there were many problems, DISCRIMINATION & Harassment with all the cuban employee, but since I needed my Job I desired to observe.

FROM : Royal_Palms          FAX NO. : 305-823-9994          Apr. 06 2009 05:07PM P3

Mrs Urra introduces me to all and say: This
is like the family. My ex husband trusted on her and I
recomended as an excelent employee.
I observe that this had provoke upset. Mrs Perla Almadovar
Dir. of the center; Mrs Almadovar was always argument,
descriminating and Harassment all employes there. (specially
cubans employees, families and childrens, etc
She also descriminated the teacher, asstteacher, office personnel
Her assistent Ada Cuevas, kitchen personnel, cleaning
personnel and most of all employes but the one she
likes
Several time she say, she hates cubans, and cubans
childrens, cubans mother, etc. She say as soon as I
can I will get rid of them one by one.
The Descrimination, Harrasment, verbal abuses,
defamation of character and mental abuse was
every day and all the time with all the employes,
and me; One after another; make everyone cry, insulting
everybody and making me work in an abuse and
Hostile constant Work Enviremens. We will be
humiliated in front of parents, class mates, childrens
everybody. The Descrimination continues on and on
people come & go sometime (because of her all the time)
Descrimination for race, color, age, ethnie or
national origen, religion, everything someone can imaging
She call me: cuban pig, all kind of funny
names that I can't describe on this papers; Nick name, etc
Go back to cuba. (I'm an american citizen) since I was 1
years old. I wanted to go. but I can't to the Execultive
Director Miriam Urra she say: I'll tell to her.
Nothing was done. I worked there from 1992 - Janury
to 1996. Nothing was done. All the employes had
gone to see the Ex. Director about it I could not
afford to leave my Job. She keep on saying. I'll make her
leave. In those 7 years that I worked there I never more

3 of 8

than 20 times to see Mrs. Urra. Nothing done.
Parents went to Head Start and Mrs Urra for the same
problems.
I had a great career ministering children at church and
she told me once: I don't know how you minister children
at church. I don't belive in Jesus.
I could not afford to loose my job, I had no money
to survive, and I knew all she want is for me to leave
my job and my career & profession.                    false
I went through so much agravation, descrimination, testimony
harassment, against being cuban verbal abuse, defamation
of character, of cuban character too many times, names,
humiliation, etc. Every day she made somebody mad
One day she made my co worker Pilar Miranda
to see Mrs Urra and testify false testimonies about
me but after work she: my co-worker wanted for me
and told me all about it then she went with me to
see the Executive Director and told her all the true.
She say: Mrs Almadovar made me come to you
and inventes all I say. The executive director say
she will call Mrs Almadovar.
All the employee, specially the Cuban employees had
either left to other jobs or go to see Mrs Urra. Nothing
will be done.???
She say while we were having a meeting Cuban Chismosas
           "       "    I cant stand all of you.
She will not let you talk to the children parents
and you will have to explain to her what you talk to
them; like if they ask you " How are you, this or that-
You sould not ever talk to the parents
about the children

FROM :Royal_Palms          FAX NO. :305-823-9994          Apr. 06 2009 05:08PM P5



She keep on saying: I'll make this cuban leave
soon. She also call me : Monica Lewensky.
And if I had to go to the bathroom she will
knock at the door and hide.
We had to have lunch with the children and she
will come to interupter lunch time and get her
hand inside the childrens food.
She always keep saying if you dont like it?
You can leave.
          Leave!
When I was operated from the goldblader, by
mistake they cut my instestine and I had to
go back to the hospital after 40 HRS To 3 7 days (almost die)
moore, when I came back to work every body
was happy but her. She turn her face and say
Sit on the floor. Because I was setting with
the children in a chair (the doctor didnt want me
to set on the floor) she may me sit on the floor all the Times
Everytime someone will come to observe a
classroom, she will take me out of my classroom
and go to the observed classroom.. this time
I came to work with a bad cold I couldnt
talk. She wanted me to go to another classroom
I told her I'm feeling realy bad can you send
somebody else she say: NO I want you to
go, I was running a temperature and I
tell her I will go next door to see the executive
director at the Elderly center she say : No. but
then I went to see the executive director
because she say no but I call the executive
director. Explan the problem and she say ok.
I went to see the executive director she say :

598 (4)

You are running a Temperature and I can
hardly hear you, Talk. I explain she would
not let me go home and she say go ahead
and go home and rest. I went to get
my purse to my classroom and I fell
in the grass. I hit my operation and Knee
I broke my pants and my Knee was bleeding
bad. I went back to my school office
and when she saw me and in front of
her assistant Ada Iris Cuba: She say. get
out of the office I got nobody to clean here
Then I went back to the Executive Director office
and I tall her about it. She call her. and asked
why she didn't help me. that I was bleeding bad
Then she clean me herself. and send me home
I had a camara in the trunk of my car
and took some pictures. (see pictures)
Next day: She was making all kind of thing
because of this.
She call me all kind of name. The mothers
say I was one of the best loving teacher.
I was 16 years Sunday School Teacher ministering
children at the First Presbyterian Church. I never
had any problem. I was one year at the
Baptist Church. University Church. Ministring children
I never had any problems.
This Woman. is a case that you can't even tell.
The cousin of Miriam Uova was the cleaning
man for the Center and he also had to leave
Years ago. He sue the Center.
From this fall I had a hernia and was operated
went back to work and she again made me

6 / 8 (5)

let on the floor.
I keep on having chest pain at work from all
the agravation every day at work. She wont let
me go to the doctor.
One day I was suppost to leave at lunch
time to the doctor. and she was upsetting
me so much. not to go. I was so worry
that day with my chest pains, when I
got to the Doctor he said: How you feel?
He say I want you to go the Hospital
next and I have an EKG. I want to
the Hospital. and then it was so late.
I went home. Next day. I didn't say anything
I complete my year. graduated my students
then I found out I had a Silent Infarct.
after this it was Vacation Time I had Colon
While in Vacation my mother had Colon
cancer and we all had to be checked.
I had a fistule that was to be removed.
I also was transfering from my home to another
(the government was taking over the homes)
Before I comming back to work. I went with my
sister queue. then the new address. and the
Dr Certificate. I had to stay out before
comming to work and. I have the Doctor
Certificate (a Copy is enclosed) that they
receive it. they let me out of work will
a Dr Certificate they say they had not received
I took the Doctor. Certification there and show
them. and show Mrs Utra. they didn't care at all
I was left. with not Work or Doctor.
I had to pay. Cobra Ins. My nerves were bad
all this problems.

7 of 8 (3)

Some of the most offensive things she say about me,
children and parents I can't not say in this paper
she had not respect or consideration for anyone.
She was unrespected, cruel, descriminating and
very hostile and mean all the time.
She will enter the classroom for no reason and some
of the children were scared, because of her behavor,
I could show you parents, grandparents, even
children that will tell you this is all true.
She called me all kind of name: Cuban Pig,
Fat cuban, dirty cuban, all kind of offensive
bad words, actions and looks.
One a child steped on one of my toe and I
had a note from the doctor not to use closed
shoes. She would not care. Made me use closed
shoe, I lost my nail, I couldn't even walk.
Then she will laugh.

**Imp** She changes me from my working time to an later time
so I could not go to collage on the hour required
so I could not advance in my Job. Instead
she put somebody else in my place and put me
in the Allapattah Child Care unit that also private
with less bigger children (small children) so she
took me out of Head start on her own to this
private program (that was against the law to do)
yet for me not to advance on my work 2 years
also I was getting pay to teach in Head Start.
She then will change me from one room to the other
specially in graduation time so I could graduate my
childrens, birthday parties, field Trips, or other
vocational participations, only for me not to participate
with my students.

I have a list with all the name of the
people that left for the some reason:
Descrimination a Harassment. — EEOC
This people called everyone of them. They knew what
happen.
EEOC— EQual EMPLOYMENT. OPPORTUNITY. Knous
abot this since it happen.
They Talk To Moore than 22 people That
Work there.

By Request I will send you the phone #
and address a new employment of this nice
people that have to leave their job for
the same reason. Also Parents, Grandparent.
Letter of Recomendation of parent a everything else you will
need & got ready on file at your request.

Thank you so much. and god
Bless you all!

Virain Barcelo

# Certificate of Installation



_Steven Barels_

having been previously ordained
has been regularly elected and installed

## Deacon

in the _First Spanish_ _Presbyterian Church of_ _Miami_
agreeably to the Word of God and according to the Constitution of the

# Presbyterian Church (U.S.A.)

and has been acknowledged and received by the congregation of this church
on the ____ 22 ____ day of _January_ in the year of our Lord _2000_

_Minister_ _____

_Clerk of Session_ _____



# *First Spanish Presbyterian Church of Miami*

*2480 N. W. 7ᵀᴴ STREET, MIAMI, FL 33125*
TEL: (305) 642-4755      FAX: (305) 642-4792
*Rev. Mardoqueo Muñoz-Castillo D.Miss., Pastor*

May 17, 2007

To Whom It May Concern,

This letter serves to verify that Vivian Barceló worked in our church's
Sunday School in the children's ministry for fifteen years.
She also served as the Sunday School supervisor for a period of time.
She was a dedicated and reliable worker, an asset to our program.
Always enjoyed her work with the children very much.
If we can be of further assistance, please contact the church office.

Respectfully,

Rev. Mardoqueo Muñoz-Castillo
Pastor

Feb. 14 2007 11:11AM

YOUR LOGO    : MARCOS SZOMSTEIN MDPA
YOUR FAX NO. : 3055963073

| .CSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|---|---|---|---|---|---|
| σ5868 | Feb.14 11:10AM | 00'54 | SND | 01 | OK |

TO TURN OFF REPORT, PRESS 'MENU' #04.
THEN SELECT OFF BY USING '+' OR '-'.

FOR FAX ADVANTAGE ASSISTANCE, PLEASE CALL 1-800-HELP-FAX (435-7329).

34

# MARCOS SZOMSTEIN MD. PA.
# EDUARDO KRAJEWSKI MD.
## 8720 NORTH KENDALL DRIVE
## SUITE 108
## MIAMI, FL 33176
## PH: 305-596-3080 FAX: 305-596-3073

### RETURN TO WORK OR SCHOOL

THIS IS TO CERTIFY THAT

MR. / MRS. _Vivian Barcelo_

HAS BEEN UNDER MY CARE AND IS ABLE TO RETURN TO WORK / SCHOOL ON: _4/16/07_

WITH THE FOLLOWING RESTRICTIONS: _____

COMMENTS: _____

_____

_____

_____

_____

MARCOS SZOMSTEIN MD. PA.
EDUARDO KRAJEWSKI MD.

_2/14/07_

DATE:

*Declarations of Witness*

*Witnesses*

**September 26, 2008**

**Vivian Barcelo v. Allapattah Community Action**
**510-2007-05677**

---

Witness Name: Mercedes Marino
National Origin: Cuban
Date of Hire: 1993
Position: Assistant Teacher
Current Employment Status: Current Employee but wants to leave.

**What was your experience like working with Perla Almodovar?**
Her experience working with Perlas is horrible. She is constantly after the employees and harassing them. Witness plans on leaving the company after 16 years of service. She believes that Perla treats her differently because of her age, 75 years old.

**Did Perla treat Cuban employees differently? Did Perla make any comments about Cubans?**
Perla treats everyone badly. She treats Cubans worse because she can't stand them. Perla says that Cubans yell too much and too loud.

**Was Miriam Uras, Executive Director, aware of the problems with Perla?**
Witness is not sure. Witness did submit a complaint to Miriam about the problems.

**What was your experience like working with Vivian? What type of an employee was she?**
Witness stated that Vivivan was a good employee.

**How did Perla treat Vivian Barcelo?**
Perla treated Vivian as bad as she treats her (referring to herself).

September 26, 2008

**Vivian Barcelo v. Allapattah Community Action**
**510-2007-05677**

Witness Name: Graciela Junco
National Origin:  Cuban
Date of Hire:  2004
Position:  Assistant Teacher
Current Employment Status:  Witness left in 2008

**What was your experience like working with Perla Almodovar?**
Her experience working with Perlas was not pleasant.  Perla spoke badly about everyone, even
her own family.  The environment was horrible.

**Did Perla treat Cuban employees differently? Did Perla make any comments about**
**Cubans?**
Perla treated everyone badly.  Perla said the Cubans were gorcero chusma.  She said she did not
want Cubans or older employees working there.  The majority of the employees were Cuban; all
but two.  So it is hard to say whether she treated Cuban worse.  She did express that she did not
want Cubans there.

**Was Miriam Uras, Executive Director, aware of the problems with Perla?**
Witness did not complain until she left, when she submitted a letter to Miriam explaining why
she was leaving.

**What was your experience like working with Vivian?  What type of an employee was she?**
Vivian was a good employee and I believe she did her job correctly.

**How did Perla treat Vivian Barcelo?**
Perla humiliated Vivian all the time and she did it in front of everyone.  Perla treated her badly.

**Vivian Barcelo v. Allapattah Community Action**
**510-2007-05677**

Witness Name: Sonia Nunez
National Origin: Cuban
Date of Hire: End of 2004 or Early 2005
Position: Assistant/Helper
Current Employment Status: W quite for health reasons in 2006.

**Employment**
Witness worked there through a temp agency. Witness rotated every where within the company.

**What was her experience like working with Perla Almodovar?**
Witness did work with Perla for approximately a year. Witness never personally experienced any difference in treatment from Perla.

**Did Perla treat Cuban employees differently?**
Witness heard that Perla treated Cuban's different from the other staff. Witness never participated in the staff meetings between Perla and the teachers. Perla often met with the teachers and had more interaction with them. Witness heard Perla hated Cubans. Witness principally heard these type of comments from the teachers who worked with Perla. Eventhough they were afraid, the teachers often complained about Perla's treatment.

**Did Perla make any comments about Cubans?**
Witness never heard Perla make any derogatory comments about Cubans.

**Did you ever work with Vivian Barcelo?**
In some of her rotations W worked with CP.

**What was your experience like working with Vivian? What type of an employee was she?**
She believed CP was a good employee.

**Do you know why Vivian was discharged?**
Witness was no longer working with R when CP had been discharged.

**Vivian Barcelo v. Allapattah Community Action**
**510-2007-05677**

---

Witness Name: Sara Martinez
National Origin:  Would not provide
Date of Hire:  Would not provide
Position:  Would not provide
Current Employment Status:  Would not provide

Witness initially indicated that she had not worked for the Respondent.  After I explained to her what the purpose of the call was, witness was not filling to cooperate.  She stated that she never had any problems with the company and hung up the phone.

**Vivian Barcelo v. Allapattah Community Action**
**510-2007-05677**

---

Witness Name: Vanessa Movgan
National Origin: Columbian
Date of Hire: 2003
Position: Social Services Coordinator
Current Employment Status: R reduced hours so W quit in 2007.

**What was her experience like working with Perla Almodovar?**
Perla was the Witness' supervisor. Perla treated employees horribly. Her experience working under Perla was really bad. The employees were useless to her.

Perla says her parents are French (Ecuadorian). She acts as if she is not Hispanic.

**Did Perla treat Cuban employees differently?**
Yes, Perla did treated Cubans differently. She spoke badly about Cubans.

**Did Perla make any comments about Cubans?**
Perla would make comments such as, "Why don't they stay in Cuba." She made these comments often. Witness was not able to recall the exact comments made but she said Perla often made offensive comments about Cubans. Even though Perla treated everyone horribly, the worse treatment was toward Cubans. The majority of the staff was Cuban.

**Was Miriam Uras, Executive Director, aware of the problems with Perla?**
Witness is not sure if Miriam was aware of the problems with Perla. Witness believes that someone must have complained to Miriam.

**Did you ever work with Vivian Barcelo?**
Yes, Witness did work with CP and she believed she was a good employee.

**Do you know why Vivian was discharged?**
Witness was not sure.

**How did Perla treat CP?**
Perla would laugh at CP and at her names, such as "fat". Perla would tell CP she had no husband, that she was crazy, and that she had menopause. Perla humiliated CP and tried to put the student's parents against her.

Witness had to end the conversation but said she would be willing to speak with me again.

**Witness: Maribel Berrios**

**Vivian Barcelo v. Allapattah Community Action**
**510-2007-05677**

National Origin: Puerto Rico
Date of Hire: October 2001 (Witness only worked for approximately10 months)
Position: Family Community Worker

**What was your experience like working with Perla Almodovar?**
Her experience was horrible working under Perla.  Perla is very arrogant and is not a person that
is trust worthy.  The environment at work was very heavy.  She is like "a cat chasing rats."
Witness left because she was tired of the environment.

**Did Perla treat Cuban employees differently?  Did Perla make any comments about
Cubans?**

During the time that the Witness worked at R's location, there were not a lot of Cubans.  Witness
never heard any derogatory comments made toward Cuban employees specifically but there
weren't a lot of Cuban employees at the time.  She would comment that she did not like Black
("Negros").  She treated everyone the same - treated everyone bad.  Perla discriminates against
everyone.  She is not sure how Perla treats White individuals because during her employment
there weren't employees who were White, everyone was Hispanic.

**Did you ever work with Vivian Barcelo?**
Yes, during the 10 months of her employment with R.  Witness does not recall the relationship
between Perla and Vivian.

**What was your experience like working with Vivian?  What type of an employee was she?**
Witness believes that Vivian was a good employee.

**Do you know why Vivian was discharged?**
No.

**Vivian Barcelo v. Allapattah Community Action**
**510-2007-05677**

Witness Name: Ania Vigo
National Origin: Cuba
Date of Hire: 1997 - 2006
Position: Assistant to the Teacher

**What was your experience like working with Perla Almodovar?**
Ania Vigo stated that her experience was really bad. She had a lot of stress working under Perla because she treated employees bad. Perla abused her power.

**Did Perla treat Cuban employees differently? Did Perla make any comments about Cubans?**
According to the Witness, Perla hated Cubans. She would say, "What can you expect, they are Cubans." Perla would comment that she could not stand Cubans. Perla would say that she was going to get rid of all the Cubans but leave one or two so that they would not think she had it out for Cubans. Witness believes that even though Perla is rude to everyone, she treated Cuban employees' worse.

When the incident with Elian came about in the news a few years back, she would say what they need to do is send the boy back to Cuba.

**Was Miriam Uras, Executive Director, aware of the problems with Perla?**
Witness told Miriam that she had to leave because of the way that Perla treated her and others. Miriam allowed Peral to do whatever she wanted.

**What was your experience like working with Vivian? What type of an employee was she?**
Vivian was a very good employee who loved working with the children. Perla would call her fat, lazy, and tell her she smelled like feet.

# Interview Notes

**February 8, 2008**

**Vivian Barcelo v. Allapattah Community Action**
**510-2007-05677**

**Witness Interview:  Iris Cuevas (305-610-2570)**
**Investigator: OR1**

---

Position:  Assistant Director
Hired: Summer of 1993
CP ended her employment in August 2006
Supervisor:  Miriam Uras, Executive Director, Cuban

Witness is of Cuban decent but speaks English perfectly and considers herself American.

Angela Perla Almodovar was hired as the Director of the Center in 1994 or 1995.  Angela is either Ecuadorian or Perubian.  Angela is unprofessional.

Angela made derogatory comments about Cuban's often (daily basis).  Angela would state that Cuban's come to the US to get everything for free.  She also did not like darker skinned individuals.  She would refer to darker complexioned individuals as "negros" or "negras."  When she began her employment, Angela stated that she was going to take out all the Cuban's.  Comments were made about white and black individuals.  If there was something about you that Angela did not like, she would make sure to harass you until the individual left.

Angela harassed anyone who was in her way, it didn't matter what race or national origin you were.

 Witness is not sure why CP was discharged.

Majority of staff that left were Cubans.

16 Employees during the time Witness worked
13      Cuban
1       American
1       Dominican
1       Columbian

Miriam Uras, Executive Director, was aware of the harassment by Angela.  Everyone has complained to Miriam about conflicts they are having with Angela.

September 25, 2008

**Vivian Barcelo v. Allapattah Community Action**
**510-2007-05677**

Witness Name: Lillybeth Mendez (305)
National Origin: Puerto Rico
Date of Hire: August 2004
Position: Health Coordinator
Current Employment Status: Witness left on her account on November of 2006.

**What was your experience like working with Perla Almodovar?**
Her experience working under Perla was horrible. She is a person who is very competent but she has an obsession to control employees. She is very hostile in the way she treats individuals. She likes to humiliate people and doesn't trust people's judgment or skills.

**Did Perla treat Cuban employees differently? Did Perla make any comments about Cubans?**
The majority of the employees were Cuban, she treated everyone the same. She humiliated some individuals worse then others. The majority of the employees were Cuban. There were only two or three that were not Cuban. Perla did use the word "negro," "prieta," or "morena" to refer to darker skinned indivdiuals.

**Was Miriam Uras, Executive Director, aware of the problems with Perla?**
Witness stated that she did believe Miriam know. She had heard that employees made complaints to her about Perla.

**What was your experience like working with Vivian? What type of an employee was she?**
Vivian is a person who is very respectful. She was very good with the ~~clients~~ Kids

**How did Perla treat Vivian Barcelo?**
Witness was present during some of the meetings they had regarding problems between Vivian and Perla. Perla had it out for Vivian.

"She may be racist but she treats everyone bad."

**September 26, 2008**

**Vivian Barcelo v. Allapattah Community Action**
**510-2007-05677**

Witness Name: Lucia Bravo
National Origin: Cuban
Date of Hire: 2001
Position: Assistant Teacher
Current Employment Status:  Current Employee but wants to leave.

Witness only had 5 minutes to speak with me.

**What was your experience like working with Perla Almodovar?**
Her experience has not been good.  She speaks down to everyone.

**Did Perla treat Cuban employees differently? Did Perla make any comments about Cubans?**
She has not heard comments directly.  She had heard other employees say that Cuban don't stay quiet and defend themselves.  Perla says that Cubans are loud.

Perla treats everyone badly but may be worse with Cubans.

**Was Miriam Uras, Executive Director, aware of the problems with Perla?**
Witness has never complained to Miriam about the problem.

November 10, 2008

**Vivian Barcelo v. Allapattah Community Action**
**510-2007-05677**

Witness Name: Aida Mirta Jimenez
National Origin: Cuban
Date of Hire: May 2001
Position: Assistant Teacher
Current Employment Status: Still employed by K

**What was your experience like working with Perla Almodovar?**
Her experience has been really ugly...she feels really bad.  W loves her job but working with
Perla is very difficult.  She does not treat individuals with respect.  She treats everyone badly but
W believes Cubans are treated worse.

**Did Perla treat Cuban employees differently? Did Perla make any comments about**
**Cubans?**
W has heard many employees say that Cuban employees were treated differently.  W has not
heard derogatory comments about Cubans but she believes comments have been made to other
employees.  Perla has made comments in front of other employees that she is going to leave that
place (the work place) without any Cubans.  Perla says that Cubans think they know it all but
they don't know anything.  Perla also says that Cubans are arrogant.

**Was Miriam Uras, Executive Director, aware of the problems with Perla?**
Witness herself has never complained but she is aware of other employees who have
complained, including Cuban employees, and nothing has been done.

**What was your experience like working with Vivian?  What type of an employee was she?**
Vivian was a good employee.  She worked well with the kids and other staff members.

**How did Perla treat Vivian Barcelo?**
Perla treated Vivian horribly.  She referred to her as a fat and ugly person.



**ALLAPATTAH COMMUNITY ACTION, Inc.**

ORLANDO URRA
ALLAPATTAH COMMUNITY
CENTER

ELDERLY PROGRAM
2257 N.W. North River Drive
Miami, Florida 33125
Ph: (305) 633-0466
Fax: (305) 638-5868

CHILD CARE PROGRAM
1836 N.W. 22 PL.
Miami, Florida 33125
Ph: (305) 633-8690
Fax: (305) 633-0522

Ardo Mesa
*Chairman of the Board*

Randy Egues
*Vice-President / Treasurer*

Jose Enrique Dausá
*Secretary*

Alvaro Fajardo
*Director*

Douglas Dutton
*Director*

Eduardo A. Tella
*Director*

Francizco M. Balbuena
*Director*

Miriam Urra
*Executive Director*

December 27, 2007

Mr. Juan Gonzalez
Enforcement Supervisor
U.S. Equal Employment Opportunity Commission
2 South Biscayne Boulevard, Suite 2700
Miami, Florida 33131

Re: Ms. Vivian Barceló
EEOC Charge No. 510-2007-05677

Dear Mr. Gonzalez:

It is our understanding that Ms. Vivian Barceló, a former employee, has alleged that her dismissal from employment with the Allapattah Community Action, Inc., Allapattah Child Care Center (ACA/ACCC) was discriminatory on the basis of disability and national origin. Specifically, Ms. Barcelo alleges the following:

1. That she is disabled. Although ACA/ACCC received notes from her doctor to justify <u>temporary</u> absences Ms. Barcelo failed to return to work by dates stated on the notes. Moreover, Ms. Barcelo has failed to provide evidence that she is actually disabled as defined by the American Disability Act or the Social Security Administration.

2. That she is harassed by an Ecuadorian supervisor because she is Cuban. However, the Board of Directors of ACA are predominantly Cuban-Americans and its Director is Cuban-American, same national origin as Ms. Barceló. ACA/ACCC embraces diversity and has never discriminated on the basis race, color, sex, religion, age, disability or national origin. Despite the ACA/ACCC open door policy, before the referred charge, Ms. Barceló never brought allegation of harassment or mistreatment to the attention of upper management.

The ACA/ACCC operates a government funded Miami-Dade Head Start Program. It must operate in accordance with strict employment policies that are consistent with federal requirements and the terms and conditions of its contract with Miami-Dade County.

At time of employment, every employee is provided with a copy of the ACA/ACCC Personnel Policy. For your perusal, we have attached a copy of the ACA/ACCC personnel policies with a receipt signed by Ms. Barceló on November 4, 2004: Page 14 addresses terminations, page 15 addresses grievances regarding unfair treatment, and page 18 - 20 address sick leave. Ms. Barceló exhausted all of her sick and annual leave and had been placed on leave without pay for more that the 6-month period required by policy.

 

Page 1 of 2



**ALLAPATTAH COMMUNITY ACTION, Inc.**

ORLANDO URRA
ALLAPATTAH COMMUNITY
CENTER

ELDERLY PROGRAM
2257 N.W. North River Drive
Miami, Florida 33125
Ph: (305) 633-0466
Fax: (305) 638-5868

CHILD CARE PROGRAM
1836 N.W. 22 PL.
Miami, Florida 33125
Ph: (305) 633-8690
Fax: (305) 633-0522

Ardo Mesa
*Chairman of the Board*

Randy Egues
*Vice-President / Treasurer*

Jose Enrique Dausá
*Secretary*

Alvaro Fajardo
*Director*

Douglas Dutton
*Director*

Eduardo A. Tella
*Director*

Francizco M. Balbuena
*Director*

Miriam Urra
*Executive Director*

In response to your request for information, please be advised as follows:

1. The correct name of our organization is Allapattah Community Action, Inc., Allapattah Child Care Center.

2. From September 15, 2005 to March 23, 2007 the above organization employed a staff of approximately thirty one (31) employees.

3. Please refer to the attached organizational chart.

4. The Allapattah Community Action, Inc., Allapattah Child Care Center operates a Head Start educational program.  It is school.

5. Allapattah Community Action, Inc., Allapattah Child Care Center, is an IRS 501 (c) (3) not-for-profit organization.

6. ACA/ACCC operated a government funded Miami-Dade Head Start Program.  It has never received any complaints from OFCCP.

7. Our position is as stated in preceding paragraphs.  We do not concur with allegations.

8. We have attached our personnel policies and procedures.

We appreciate the opportunity to answer the above charges and trust the information we provide is sufficient to clarify our position.

Sincerely,

Miriam Urra
Executive Director
ACA/ACCC

 

## OMAYRA RODRIGUEZ - Official EEOC Business

**From:** OMAYRA RODRIGUEZ
**To:** acai@bellsouth.net
**Date:** 2/8/2008 12:16 PM
**Subject:** Official EEOC Business

RE:  Vivian Barcelo v. Allapattah Community Action
     510-2007-05677

I am requesting that you fax me the medical records submitted by Charging Party Vivian Barcelo.  If you have any questions or concerns please, feel free to contact me at the number provided below.  Thank you for your time.



Omayra Rodriguez
Investigator
tel:  (305) 808-1770
fax:  (305) 808-1855

**MARIO ALMEIDA, M.D.**
*Internal Medicine, Nephrology, Hypertension*
1150 Campo Sano Ave., Suite 401
Coral Gables, Florida 33146
Phone: (305) 669-3360
Fax: (305) 669-3599

### OFFICE NOTE

PATIENT:   VIVIAN BARCELO
DATE:      09/22/06
D.O.B.:    10/03/46

**SUBJECTIVE:**          Still having chest discomfort.  Cardiac
workup is pending evaluation for stress test.  She has yet to be
scheduled by Dr. Fernando Hernandez' office.

**MEDICATIONS:**          Felodipine,   enalapril,   alprazolam,
Ambien, omeprazole.

**REVIEW OF SYSTEMS:**     Positive   chest   discomfort.   Very
anxious.  Having recurrent nausea and vomiting.  No abdominal
pain per se.

Previous medical problems:
    1.  High blood pressure.
    2.  Obesity.
    3.  Bronchitis.
    4.  Cholecystectomy.
    5.  Hernia.
    6.  Abnormal EKG.
    7.  Chest pain.

**PHYSICAL EXAMINATION:**

Blood pressure increased at 151/75, heart rate 87, temp 99.4,
respiratory rate 18, weight 197 lbs. HEENT – anicteric sclerae.
Chest is clear.   Heart S1, S2. Abdomen is soft and obese.
Extremities no edema.  Neurologically nonfocal.

**PLAN:**

    1.  Focus on getting cardiology to see patient and completing
        workup prior to surgery.
    2.  Increase enalapril to 20 mg PO b.i.d.
    3.  Continue other medications.

PATIENT:   VIVIAN BARCELO
DATE:      09/22/06
D.O.B.:    10/03/46
PAGE TWO

4.  Once stable, will need to see GI to have an endoscopy.
    Priority is surgery first, then the endoscopy after
    cleared by cardiology.
5.  She should not return to work until cleared by
    cardiology.


Mario Almeida, M.D.

GVT:DD:09/22/06 DT:09/25/06 \AM \AI        \AMAI0000012475.GVT JOB#0922-084

*Mario A. Almeida M.D., P.A.*
1150 Campo Sano Ave. #401, Coral Gables F    146
Ph: (305) 669-3360 • Fax: (305) 669-3599

Patient Name _Barcelo Vivian_ AGE **59** ALLERGIES _____ DATE **9/5/06**

CHIEF COMPLAINT _____
HISTORY OF CHIEF COMPLAINT _____

_Pt. complaining of pain (R) leg_
_& Chest pain c events (see)_
_pending cardiology will place_
_to CRS_

| PROBLEM LIST | HBP |
|---|---|
| | Obesity |
| | Bronchitis |
| | S/P Cholesystectomy |
| | Nausea |
| | (events) GERD |

PMHx / Shx (circle if +) CAD, MI, CHF, MIN, PTCA, CABG, AF, SSS
HB, VT, SVT, CVA, TIA, MR, MS, AL, AS, TR, CHOL/TRIG, DM, COPD, NCS, PVD

| ROS | CHECK NEGATIVE/CIRCLE POSITIVE | GU | Dysuria freq, Hematuria Urgency, DC |
|---|---|---|---|
| Gen | Fever, Chills, Wt, Change, Fatigue, Anorexia | MS | Back Pain, Neck, Swelling, Arthralgia |
| Eyes | Visual, Change, DC, Diplopia, Pain | Skin | Dry, Itchy, Lass of Hair, Rash Edema |
| ENT | Sore Throat, Ear Pain Hearing Change | Neuro | Numbness, HA, Dizzy, Light, Headed, Sync. |
| CVS | DOE, Palpitations, CP, orthopnea, PND | Endoc | Wt Change, Heat / Cold Intol, Tremors |
| Pulm | SOB, Cough Wheezing, Hemoptysis | Hemat | Easy Bleeding, Bruising, Bleeding Disorder |
| GI | N, V, D, Constipation, Abd, Pain | Psych | Anxious, Depressed, Panic Attacks |

Pt: 5'3"

Physical Exam (Circle if abnormal & comment)
General      WDWNNAD
Neurolgical  AOX3 / No Gross Motor Deficit/Gait steady/
Heent        SSNT / No Bruits / No JVD / PERRLA / EOMI
Lungs        CBTA / No Wheezing / Ronchi/Rales
Heart        RRR / SL S2 / No M,R,G, / PMI ND / Mcl
Abdomen      SNT / NL BS / No HSM / No Bruits / No  Reb.
Peripheral Vasc  Dp2 + X / No Edema / Cyanosis /No Pulse lag
Musculoskeletal No deformity / FROM / MS 5 / 5X4

| | BP / | HR | RR | WT | TEMP |
|---|---|---|---|---|---|
| | BP 157/75 | | | 197 lb | |
| | SpO₂ - 97.00 | | | | |
| | HR - 87 | | | | |
| | Temp - 99.4 | | | | |

EKG RATE_____RHYTHM_____AXIS_____R/LBBB_____ECTOPY_____ISCHEMIA_____INFARCT_____
LBS ___( __/__/__( LFT nl / abn Chol_____Trig_____HDL_____LDL_____OTHER_____
Creatine_____Bun_____HBA1C_____

Impression / Plan

1) 
2) HBP
3) 
4) 
5) 

Rx Side effects reviewed_____Diet Discussed_____Exercise Reviewed_____
Recommendations Reviewed_____Complaints discussed_____
Referring Physician_____FOLLOW UP_____

13

**MARIO ALMEIDA, M.D.**
*Internal Medicine, Nephrology, Hypertension*
1150 Campo Sano Ave., Suite 401
Coral Gables, Florida 33146
Phone: (305) 669-3360
Fax: (305) 669-3599

September 22, 2006

PATIENT:   VIVIAN BARCELO
D.O.B.:    10/03/46

To Whom It May Concern:

The patient Vivian Barcelo is under my care.   At the present time, she is undergoing cardiology evaluation for chest pain syndrome.   I have advised her not to return to work until cleared by cardiology.

Should you have any further concerns, please do not hesitate to contact me.

Respectfully,

Mario A. Almeida, M.D.

GVT:DD:O9/22/06 DT:09/25/06 \AM \AI        \AMAI0000012476.GVT JOB#0922-084-B

**MARIO ALMEIDA, M.D.**
*Internal Medicine, Nephrology, Hypertension*
1150 Campo Sano Ave., Suite 401
Coral Gables, Florida 33146
Phone: (305) 669-3360
Fax: (305) 669-3599

**OFFICE NOTE**

PATIENT:  VIVIAN BARCELO
DATE:     10/23/06
D.O.B.:   10/03/46

**SUBJECTIVE:**        She is scheduled for ligation of hemorrhoids with Dr. Marcos Szomstein on 10/30/06. She is having repair of fistula and colonoscopy.

Previous medical problems include:
1. High blood pressure.
2. Obesity.
3. Bronchitis.
4. Cholecystectomy.
5. Hernia.
6. Abnormal EKG.
7. Chest pain syndrome.
8. Anxiety.
9. History of thyroiditis.

**MEDICATIONS:**        Felodipine, enalapril, alprazolam, Ambien, omeprazole.

**REVIEW OF SYSTEMS:**        She denies chest pain or shortness of breath.  She is allergic to aspirin.  She had a cardiac workup approximately three to four weeks ago.

Additional problems include hypercalcemia, transient, and exogenous obesity.

**PHYSICAL EXAMINATION:**

Blood pressure 128/64, heart rate 91, temp 99.0, RR 20, weight 192 lbs.  HEENT – anicteric sclerae.  Chest is clear.  Heart S1, S2. Abdomen is soft and obese. Extremities no edema. Distal pulses 2+. Neurologically nonfocal.

**LAB DATA:**        The patient recently had a normal calcium.  Negative stress test.

115_ _npo Sano Ave. #401, Coral Gables _ _ 3146
_ n: (305) 669-3360 • Fax: (305) 669-3_ _

Patient Name _Baredo Vivian_ AGE _60_ ALLERGIES _____ DATE _10/23/06_

CHIEF COMPLAINT _____
HISTORY OF CHIEF COMPLAINT _____

_Clearance for surgery on 10/31/06_

| PROBLEM LIST | |
|---|---|
| | |
| | |
| | |
| | |
| | |

PMHx / Shx (circle if +) CAD, MI, CHF, MIN, PTCA, CABG, AF, SSS
HB, VT, SVT, CVA,TIA, MR, MS, AL, AS, TR, CHOL/TRIG, DM, COPD, NCS,PVD

| ROS | CHECK NEGATIVE/CIRCLE POSITIVE | GU | Dysuria freq, Hematuria Urgency, DC |
|---|---|---|---|
| Gen | Fever, Chills, Wt, Change, Fatigue, Anorexia | MS | Back Pain, Neck, Swelling, Arthralgia |
| Eyes | Visual, Change, DC, Diplopia, Pain | Skin | Dry, Itchy, Lass of Hair, Rash Edema |
| ENT | Sore Throat, Ear Pain Hearing Change | Neuro | Numbness, HA, Dizzy, Light, Headed, Sync. |
| CVS | DOE, Palpitations, CP, orthopnca, PND | Endoc | Wt Change, Heat / Cold Intol, Tremors |
| Pulm | SOB, Cough Wheezing, Hemoptysis | Hemat | Easy Bleeding, Bruising, Bleeding Disorder |
| GI | N, V, D, Constipation, Abd, Pain | Psych | Anxious, Depressed, Panic Attacks |

HT: 5'3'

Physical Exam (Circle if abnormal & comment)
General        WDWNNAD
Neurolgical    AOX3 / No Gross Motor Deficit/Gait steady/
Heent          SSNT/No Bruits / No JVD / PERRLA / EOMI
Lungs          CBTA / No Wheezing / Ronchi/Rales
Heart          RRR / S1, S2 / No M,R,G, / PMI ND / Mcl
Abdomen        SNT / NL BS / No HSM / No Bruits / No Reb.
Peripheral Vasc Dp2 + X4 / No Edema / Cyanosis /No Pulse lag
Musculoskeletal No deformity / FROM / MS 5 / 5X4

BP: _128/64_        WT
                    _192.8_-
SPO2: _97%_
HR: _97_
TEMP: _99.0_

EKG RATE_____RHYTHM_____AXIS_____R/LBBB_____ECTOPY_____ISCHEMIA_____INFARCT_____
LBS ___( __/__/__ (    LFT nl / abn Chol_____Trig_____HDL_____LDL_____OTHER_____
                       Creatine_____Bun_____HBA1C_____

Impression / Plan
_____
_____
_____
_____

| MEDICATION |
|---|
| |
| |
| |
| |

Rx Side effects reviewed____Diet Discussed____Exercise Reviewed_____
Recommendations Reviewed____Complaints discussed_____
Referring Physician_____FOLLOW UP_____
Get / Send Recent reports: Xray___ EKG___ ECHO___ ETT___ Cath___ Labs___ OTHER___

40 of

2'

**Mario A. Almeida M.D., P.A.**
115 ...npo Sano Ave. #401, Coral Gables ... 3146
Ph: (305) 669-3360 • Fax: (305) 669-3599

Patient Name _Barcelo Vivian_ AGE **59** ALLERGIES _____ DATE **7/30/06**

CHIEF COMPLAINT _____
HISTORY OF CHIEF COMPLAINT _____

_followup_

| PROBLEM LIST | |
|---|---|
| | |
| | |
| | |
| | |

PMHx / Shx (circle if +) CAD, MI, CHF, MIN, PTCA, CABG, AF, SSS
HB, VT, SVT, CVA, TIA, MR, MS, AL, AS, TR, CHOL/TRIG, DM, COPD, NCS, PVD

| ROS | CHECK NEGATIVE/CIRCLE POSITIVE | | |
|---|---|---|---|
| Gen | Fever, Chills, Wt, Change, Fatigue, Anorexia | GU | Dysuria freq, Hematuria, Urgency, DC |
| Eyes | Visual, Change, DC, Diplopia, Pain | MS | Back Pain, Neck Swelling, Arthralgia |
| ENT | Sore Throat, Ear Pain Hearing Change | Skin | Dry, Itchy, Loss of Hair, Rash, Edema |
| CVS | DOE, Palpitations, CP, orthopnea, PND | Neuro | Numbness, HA, Dizzy, Light, Headed, Sync. |
| Pulm | SOB, Cough Wheezing, Hemoptysis | Endoc | Wt Change, Heat / Cold Intol, Tremors |
| GI | N, V, D, Constipation, Abd, Pain | Hemat | Easy Bleeding, Bruising, Bleeding Disorder |
| | | Psych | Anxious, Depressed, Panic Attacks |

HT: 5'3"

Physical Exam (Circle if abnormal & comment)

| | | BP / HR RR WT TEMP |
|---|---|---|
| General | WDWNNAD | BP — 144/77 202 lb |
| Neurolgical | AOX3 / No Gross Motor Deficit/Gait steady/ | |
| Heent | S SNT/ No Bruits / No JVD / PERRLA / EOMI | SPO₂ — 97% |
| Lungs | CBTA / No Wheezing / Ronchi/Rales | |
| Heart | RRR / S1, S2 / No M,R,G, / PMI ND / McI | HR — 72 |
| Abdomen | SNT / NL BS / No HSM / No Bruits / No Reb. | |
| Peripheral Vasc | Dp2 + X4 / No Edema / Cyanosis /No Pulse lag | Temp — 99.0 |
| Musculoskeletal | No deformity / FROM / MS 5 / 5X4 | |

EKG RATE_____ RHYTHM_____ AXIS_____ R/LBBB_____ ECTOPY_____ ISCHEMIA_____ INFARCT_____
LBS :..( __/__/__( LFT nl / abn Chol_____ Trig_____ HDL_____ LDL_____ OTHER_____
Creatine_____ Bun_____ HBA1C_____

Impression / Plan

| MEDICATION |
|---|
| |

Rx Side effects reviewed____ Diet Discussed____ Exercise Reviewed____
Recommendations Reviewed____ Complaints discussed____
Referring Physician _____ FOLLOW UP _____

**MARIO ALMEIDA, M.D.**
*Internal Medicine, Nephrology, Hypertension*
1150 Campo Sano Ave., Suite 401
Coral Gables, Florida 33146
Phone: (305) 669-3360
Fax: (305) 669-3599

July 28, 2006

PATIENT:   VIVIAN BARCELO
DATE:      07/28/06
D.O.B.:    10/03/46

To Whom It May Concern:

Vivian Barcelo is a patient under my care.   She has been
referred to a cardiologist for evaluation of her underlying
clinical condition.   I think it is medically important that she
not return to work and does not perform any stressful duties for
one month until a complete evaluation has been completed and she
is determined that she is medically stable to be able to return
to work.   She will be reevaluated in some period of time to
ascertain that this is so.

Should you require further information, please do not hesitate
to contact me.

Respectfully,


Mario Almeida, M.D.

GVT:DD:07/28/06 DT:08/01/06 \AM \AI        \AMAI0000012263.GVT JOB#0728-244

**MARIO ALMEIDA, M.D.**
*Internal Medicine, Nephrology, Hypertension*
1150 Campo Sano Ave., Suite 401
Coral Gables, Florida 33146
Phone: (305) 669-3360
Fax: (305) 669-3599

## OFFICE NOTE

PATIENT:   VIVIAN BARCELO
DATE:      07/28/06
D.O.B.:    10/03/46

**SUBJECTIVE:**          Still with shortness of breath and dyspnea on exertion.  She is very anxious, very stressed. Multiple problems in her life.

**REVIEW OF SYSTEMS:**      No fever, chills, or cough.  Compliant with medications.  Intermittent abdominal pain.  Pending evaluation with cardiology, bone densitometry, mammogram, and colonoscopy.

**PHYSICAL EXAMINATION:**

Blood pressure 150/84, respiratory rate 20, temp 99.0, heart rate 92, weight 202 lbs.  Chest is clear.  Heart S1, S2. Abdomen is soft and obese with some lower abdominal tenderness. Extremities no edema.  Neurologically nonfocal.

**LAB DATA:**          Repeat calcium normal.

**IMPRESSION:**

1.   Hypertension, very concerning.
2.   Obesity.
3.   Bronchitis, resolved.
4.   Status post cholecystectomy.
5.   Hypercalcemia, resolved.
6.   Abnormal EKG with dyspnea on exertion.  Concerned about possible underlying coronary artery disease.
7.   Health maintenance.

**PLAN:**

1.   Increase felodipine to 10 mg PO daily.
2.   Diet given.

PATIENT:  VIVIAN BARCELO
DATE:     07/28/06
D.O.B.:   10/03/46
PAGE TWO

3.  She was advised not to work and not to do anything until
    she sees a cardiologist and we work out what is going on
    with her.   I am very concerned she may have an underlying
    process.   If she has any chest pain, she was advised to go
    to the emergency room.

4.  I started her on a baby aspirin a day 81 mg PO (over-the-
    counter Ecotrin).

5.  She needs to see GI, have bone densitometry and mammogram.


Mario Almeida, M.D.

GVT:DD: 07/28/06 DT:08/01/06 \AM \AD          \AMAI0000012262.GVT JOB#0728-242

**Mario A. Almeida M.D., P.A.**
115   _npo Sano Ave. #401, Coral Gables    3146
Ph: (305) 669-3360 • Fax: (305) 669-3599

Patient Name _Barcelo Vivian_   AGE **59**   ALLERGIES _____   DATE _7/00/06_

CHIEF COMPLAINT _____
HISTORY OF CHIEF COMPLAINT _____

| PROBLEM LIST | |
|---|---|
| | |
| | |
| | |
| | |

PMHx / Shx (circle if +) CAD, MI, CHF, MIN, PTCA, CABG, AF, SSS
HB, VT, SVT, CVA, TIA, MR, MS, AL, AS, TR, CHOL/TRIG, DM, COPD, NCS, PVD

| ROS | CHECK NEGATIVE/CIRCLE POSITIVE | GU | Dysuria freq, Hematuria, Urgency, DC |
|---|---|---|---|
| Gen | Fever, Chills, Wt, Change, Fatigue, Anorexia | MS | Back Pain, Neck Swelling, Arthralgia |
| Eyes | Visual, Change, DC, Diplopia, Pain | Skin | Dry, Itchy, Loss of Hair, Rash, Edema |
| ENT | Sore Throat, Ear Pain Hearing Change | Neuro | Numbness, HA, Dizzy, Light, Headed, Sync. |
| CVS | DOE, Palpitations, CP, orthopnca, PND | Endoc | Wt Change, Heat / Cold Intol, Tremors |
| Pulm | SOB, Cough Wheezing, Hemoptysis | Hemat | Easy Bleeding, Bruising, Bleeding Disorder |
| GI | N, V, D, Constipation, Abd, Pain | Psych | Anxious, Depressed, Panic Attacks |

HA: 53

**Physical Exam (Circle if abnormal & comment)**

| | | BP   /   HR   RR   WT   TEMP |
|---|---|---|
| General | WDWNNAD | BP – 144/77   202 D. |
| Neurolgical | AOX3 / No Gross Motor Deficit/Gait steady/ | |
| Heent | S SNT/ No Bruits / No JVD / PERRLA / EOMI | SPO₂ – 97 90 |
| Lungs | CBTA / No Wheezing / Ronchi/Rales | |
| Heart | RRR / S1, S2 / No M,R,G, / PMI ND / Mcl | HR – 92 |
| Abdomen | SNT / NL BS / No HSM / No Bruits / No  Reb. | |
| Peripheral Vasc | Dp2 + X4 / No Edema / Cyanosis /No Pulse lag | Temp – 99.0 |
| Musculoskeletal | No deformity / FROM / MS 5 / SX4 | |

EKG RATE_____RHYTHM_____AXIS_____R/LBBB_____ECTOPY_____ISCHEMIA_____INFARCT_____
LBS _____( ___/___/___( ___ LFT_nl / abn Chol_____Trig_____HDL_____LDL_____OTHER_____
Creatine_____Bun_____HBA1C_____

Impression / Plan

| | MEDICATION |
|---|---|
| | |

Rx Side effects reviewed_____ Diet Discussed_____ Exercise Reviewed_____
Recommendations Reviewed_____ Complaints discussed_____
Referring Physician _____ FOLLOW UP _____



**MERCY Outpatient Center**

```
Pt   : BARCELO, VIVIAN
M/R  : 05549762
REFERRING PHYSICIAN :
```

## NUCLEAR CARDIOLOGY

```
DATE   : 09/29/06
STUDY  : Stress Test
```

**HISTORY:**
Ms. Barcela is a 59-year-old female with a history of chest pain and shortness of breath on exertion and borderline abnormal baseline EKG.

**PROCEDURE:**
Ms. Barcelo was exercised on a treadmill using the Bruce protocol. She was able to exercise for 5 minutes, achieving a maximum heart rate of 135 beats per minute, which is 84% of maximum predicted heart rate, and a maximum blood pressure of 220/80. The main symptom with exercise was fatigue. The exercise was discontinued after the target heart rate had been attained. During the procedure, the rhythm remained sinus. The blood pressure responded in a hypertension fashion. The auscultation remained unchanged. There were borderline positive ST segment changes in the inferior leads.

**IMPRESSION:**
1. Hypertensive response to exercise.
2. Poor conditioning.
3. Borderline positive ST segment changes in the inferior leads.
4. Nuclear images are pending.

```
FH:emt6672   15194964
D:09/29/2006 T:09/29/2006        FERNANDO HERNANDEZ, M.D.
```

Sponsored by The Sisters of St. Joseph of St. Augustine, Florida
**3641 South Miami Avenue #250 / Miami, Florida 33133-4205 / 305-285-2936 / Fax: 305-285-2972**



ID: 7913

D.O.B.: 10/03/1946   FEMALE   59 YEARS

Meds:
Class:
Dr:
Tech:

| | |
|---|---|
| Vent. Rate: | 71 bpm |
| RR Interval: | 836 ms |
| PR Interval: | 182 ms |
| QRS Duration: | 88 ms |
| QT Interval: | 398 ms |
| QTc Interval: | 417 ms |
| QT Dispersion: | 36 ms |
| P-R-T AXIS: 31°   10°   75° | |

Q waves in inferior leads
PROBABLE OLD INFERIOR INFARCTION

Summary: ABNORMAL ECG

* Unconfirmed Analysis

25 mm
40

STABLE



Patient: BARCELO, VIVIAN

PID: BARV/001

Data Collected: 8/17/2006, 2:00 PM

Location: Fernando Hernandez MD PA

Age: 59 y
Height: NG
Doctor:

Sex: NA
Weight: NG
Referred By:

BP 144/88

HR 82

Physician Confirmation _____

**Computer Measurements**

PR: 179 ms
QRS: 88 ms
QT / QTC: 325 ms / 381

**Physician Notes**
PROBABLY OLD INFERIOR WALL MI

Speed: 25 mm/s   Gain: 10 mm/mV   Filter: 60 Hz, Baseline

aVR   aVL   aVF   V1   V2   V3   V4   V5   V6

I   II   III   II

1200, 12 Lead Standard

Copyright © 2004. Pulsel Biomedical, Inc. All rights reserved.

ELECTRONIC

**August 26, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

**I. (a) PLAINTIFFS**

Vivian Barcelo

**DEFENDANTS**

Allapattah Community Action

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Dade
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

09-CV-22512-KING/BANDSTRA

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane  **PERSONAL INJURY**  ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander  ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers'  ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | Liability  **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine  ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability  ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle  ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability  ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting  ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment  **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations  ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare  ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities Employment  ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities Other  ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights  ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):

a) Re-filed Case ☐ YES ☐ NO   b) Related Cases ☐ YES ☐ NO

JUDGE _____   DOCKET NUMBER _____

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE   8/26/09

**FOR OFFICE USE ONLY**

AMOUNT _____   RECEIPT # _____   IFP   YES